# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152335 (11)

IN RE JONES

SC: 152335
COA: 328229
LC: 04-008273-FH

_____

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of September 23, 2015 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay to the clerk of the court the initial partial filing fee of $2.00 as ordered. Failure to comply with the terms of this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2015



Clerk

jam